# United States District Court Violation Notice

**CVB Location Code:** EY60

**Violation Number:** 0863134
**Officer Name (Print):** Sinatra
**Officer No:** 643

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 8-21-11 2040
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36CFR4.23(c)(2)

**Place of Offense:** Ft Wadsworth Marshall Rd

**Offense Description:** Refusal to submit to BAC test

## DEFENDANT INFORMATION

**Phone:** ( )
**Last Name:** McGinley
**First Name:** Patrick
**MI:** C
**Street Address:**
**City:** Staten Island
**State:** NY
**Zip Code:** 10312
**Date of Birth:**
**Drivers License No:**
**DL State:** NY
**Social Security No:**
☒ Adult ☐ Juvenile **Sex:** ☒ Male ☐ Female
**Hair:** BH **Eyes:** GRN **Height:** 5'8" **Weight:** 190

## VEHICLE DESCRIPTION VIN

**Tag No:** FDL 2289 **State:** NY **Year:** 09 **Make/Model:** Volk Jetta **Color:** Blk

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

## YOUR COURT DATE

**Court Address:** 225 Cadman Plaza East, Bklyn NY 11201
**Date:** 10/24/2011
**Time:** 09:00

M 12-157

Handwritten notes in margin: Adj 11/15/11, 12/6, Adj 11/24/12, adj to 2/7/12, asj 2/28/12, Def+ appeared on 10/24/11, OCT 25 2011

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 21, 2011 while exercising my duties as a law enforcement officer in the Eastern District of New York

McGinley was arrested after a traffic stop. Subject refused to submit to a field sobriety test & a BAC test. McGinley had a strong odor of an alcoholic beverage emanating from his breath. His appearance was disheveled with bloodshot watery eyes. Subject was violated for his suspended NYS drivers license. A Comp check were negative for wants/warrants.

The foregoing statement is based upon
☐ my personal observation  ___ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 8-21-11  Signature: Sinatra

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date _____ U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: **E460**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 0863135 | Sinatra | 643 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 8-21-11 2040 | 36 CFR 4.23(a)(1) |

**Place of Offense:** Ft Wadsworth Marshall Rd

**Offense Description:** Operating under the influence of alcohol

### DEFENDANT INFORMATION
Phone ( )

| Last Name | First Name | M.I. |
|---|---|---|
| McGinley | Patrick | C |

Street Address: —

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Staten Island | NY | 10312 | |

| Drivers License No | D.L. State | Social Security No |
|---|---|---|
| — | NY | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BN   Eyes: GRN   Height: 5'8"   Weight: 175

### VEHICLE DESCRIPTION   VIN:

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| FDL2289 | NY | 09 | Volk/Jetta | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 225 Cadman Plaza East, Bklyn NY 11201 | 10/24/2011 OCT 25 2011 |
| | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 21, 20 11 while exercising my duties as a law enforcement officer in the Eastern District of New York

McGinley was operating a vehicle on Fort Wadsworth. Vehicle was stopped for failing to stop at the front gate bar for an identification check. McGinley had a strong odor of an alcoholic beverage coming from his breath. His appearance was disheveled with bloodshot watery eyes. Subject stated he had no more/less than I should of had. Subject was identified via his NYS DL. No wants/warrants.

The foregoing statement is based upon

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 8-21-11   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

CVB Location Code: E460

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 0863136 | Sinatra | 643 |

0863136

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 8-21-11 2040 | 36CFR2.31(a)(1) |

Place of Offense: Ft Wadsworth Marshall Rd

Offense Description: trespassing

**DEFENDANT INFORMATION** Phone ( )

| Last Name | First Name | M1 |
|---|---|---|
| McGinley | Patrick | C |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Staten Island | NY | 10312 | |

| Drivers License No. | DL State | Social Security No |
|---|---|---|
| | NY | |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BRN  Eyes: GRN  Height: 5'8"  Weight: 180

**VEHICLE DESCRIPTION** VIN:

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| FBL-2284 | NY | 04 | VOLK/JETTA | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 225 Cadman Plaza East, Bklyn NY 11201
Date (mm/dd/yyyy): 10/24/2011
Time (hh:mm): 01:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

Notations in margin: 11/15/11, 12/0/11, Adj; 1/24/12, adj 5/3/12, adj 8/28/12

OCT 25 2011

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on Aug 21, 20 11 while exercising my duties as a law enforcement officer in the Eastern District of New York

McGinley drove his vehicle past the front gate, failing to stop for any identification check. Fort Wadsworth is closed at dusk to the public. Subject was identified via his NYSDL. Comp check, no wants/warrants.

The foregoing statement is based upon
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 8-21-11
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: **EY60**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 0863137 | SINATRA | 643 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 9-21-11  2040 | 36CFR NYSVTL 511(1) |

**Place of Offense:** FT Wadsworth MARSHALL RD

**Offense Description:** AGGRAVATED UNLICENSED OP 3RD DEGREE

### DEFENDANT INFORMATION
Phone ( )

| Last Name | First Name | MI |
|---|---|---|
| MCGINLEY | PATRICK | C |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| STATEN ISLAND | NY | 10312 | |

| Drivers License # | DL State | Social Security No |
|---|---|---|
| | NY | |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female
Hair: BN  Eyes: GRN  Height: 5'6"  Weight: 191

### VEHICLE DESCRIPTION
VIN:

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| FBL2299 | NY | 09 | VOLK/JETTA | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 225 CADMAN PLAZA EAST BKLYN NY 11201 | 10/29/2011  OCT 25 2011 |
| | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 21, 2011 while exercising my duties as a law enforcement officer in the Eastern District of New York

McGinley was arrested for suspicion of DWI. A comp check of subject revealed a suspended NYS driver license. Suspension order #C11 05060060 dated 5-19-11

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 9-21-11   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 07/30/2011 13:27:10